DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA 90034
Tel.: (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Cristina Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CRISTINA ROSS,<br><br>  Defendant. | Case No. 1:14-CR-215-AWI-BAM<br><br>JOINT STIPULATION TO CONTINUE STATUS CONFERENCE FROM JANUARY 26, 2015 AT 1:00 P.M. TO APRIL 27, 2015 AT 1:00 P.M.; ORDER |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from Monday, January 26, 2015 at 1:00 p.m. until Monday, April 27, 2015 at 1:00 p.m.

This stipulation is based on good cause. Specifically, defense counsel needs significantly more time to review extensive discovery provided by the government in this case and then discuss that discovery at length with his client. Furthermore, defense counsel will be traveling to Anchorage, Alaska within the forthcoming week for a change of plea on the case of *U.S. v.*

*Haynes,* District of Alaska case number 13-CR-79-RRB-DMS and a presentence interview of his client in the matter of *U.S. v. Cooks,* District of Alaska case number 14-CR-0042-SLG.

.

For the above-stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

DATED:  January 20, 2015                    BEMJAMIN B. WAGNER
                                            United States Attorney


                                            By: /s/ Brian W. Enos
                                            Brian W. Enos
                                            Assistant U.S. Attorney


DATED:  January 20, 2015                    /s/ David M. Dudley_____
                                            DAVID M. DUDLEY, Esq.
                                            Attorney for Defendant
                                            CRISTINA ROSS

**ORDER**

IT IS SO ORDERED that the 1st Status Conference is continued from January 26, 2015 to April 27, 2015 at 1:00 PM before Judge McAuliffe.   Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

Dated**:   January 22, 2015**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE