DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA  90034
Tel.:  (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Cristina Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTINA ROSS,<br><br>Defendant. | ) Case No. 1:14-CR-215-AWI-BAM<br>)<br>) JOINT STIPULATION TO CONTINUE<br>) STATUS CONFERENCE FROM APRIL 27,<br>) 2015 AT 1:00 P.M. TO AUGUST 10, 2015<br>) AT 1:00PM; ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from Monday, April 27, 2015 at 1:00 p.m. until Monday, August 10, 2015 at 1:00 p.m.

This stipulation is based on good cause.  Specifically, defense counsel has not yet met with the defendant to discuss the discovery material provided by the government. This is due to the defendant being admitted to the hospital multiple times within the last 2 to 3 months for an ongoing medical problem for which she will be undergoing several tests in June.

1

For the above-stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).


DATED:  April 22, 2015                           BEMJAMIN B. WAGNER
                                                 United States Attorney


                                                 By: /s/ Brian W. Enos
                                                 Brian W. Enos
                                                 Assistant U.S. Attorney


DATED:  April 22, 2015                           /s/ David M. Dudley_____
                                                 DAVID M. DUDLEY, Esq.
                                                 Attorney for Defendant
                                                 CRISTINA ROSS


ORDER

IT IS SO ORDERED that the 2nd Status Conference as to Cristina Ross is continued from Monday, April 27, 2015 at 1:00 p.m. until Monday, August 10, 2015 at 1:00 p.m. before Judge McAuliffe.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7).


Dated:   **April 23, 2015**                  _____/s/ Barbara A. McAuliffe_____
                                             UNITED STATES MAGISTRATE JUDGE