DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA  90034
Tel.:  (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Cristina Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CRISTINA ROSS,<br><br>    Defendant. | Case No. 1:14-CR-00215-AWI-BAM<br><br>JOINT STIPULATION TO CONTINUE STATUS CONFERENCE SET FOR AUGUST 10, 2015 AT 1:00PM;  ORDER |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending status conference regarding this matter be continued from Monday, August 10, 2015 at 1:00 p.m. until Monday, December 14, 2015 at 1:00pm.

This stipulation is based on good cause.  Specifically, defense counsel has not yet been able to meet with Ms. Ross to discuss the discovery material provided by the government due to multiple serious medical issues, including dangerously spiking blood pressure, which have afflicted her and resulted in her hospitalization numerous times since early this year.  Because the defendant was not able to obtain medical insurance until late May, adequate treatment for her

1

various health problems was unavailable to her before that time. Since the end of May, she has seen several specialist doctors to address those problems, but they are still ongoing.

Unfortunately for the defendant, in addition to the her ongoing medical issues, during an Independence Day celebration on July 4, 2015, she was struck in the face by a fireworks rocket that misfired. As a result, she suffered serious injuries. Her cheekbone was crushed and her left eye badly damaged. (Photographs of her traumatized face are attached to this Stipulation as Attachments "A" and "B".)

The defendant is not close to recovering yet and will require multiple surgeries to reconstruct the left side of her face and hopefully fully restore her sight in the left eye. (The defendant presently has no sight whatsoever in that eye.) Nevertheless, those surgeries cannot take place until her facial swelling subsides completely, which is not expected to occur for some time.

Consequently, Defendant Ross will be unable to appear in court on August 10 or on any date soon thereafter. It will also likely be some substantial time before she can meet with defense counsel to discuss possible defenses to her case.

For the above-stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

DATED:  July 30, 2015   BEMJAMIN B. WAGNER
United States Attorney


By: /s/ Brian W. Enos
Brian W. Enos
Assistant U.S. Attorney


DATED:  July 30, 2015   /s/ David M. Dudley
DAVID M. DUDLEY, Esq.
Attorney for Defendant
CRISTINA ROSS


IT IS SO ORDERED that the 1st Status Conference is continued from August 10, 2015 to December 14, 2015 at 1:00PM before Judge McAuliffe.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).   Note:  Exhibits A and B are NOT attached to this document, but are attached to the Proposed Stipulation Doc. 18 filed on August 3, 2015.


Dated**:   August 4, 2015**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE