DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA  90034
Tel.: (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Cristina Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRISTINA ROSS,<br><br>　　　　　Defendant. | Case No. 1:14-CR-215-DAD-BAM<br><br>JOINT STIPULATION TO CONTINUE STATUS CONFERENCE FROM DECEMBER 14, 2015 AT 1:00 P.M. TO FEBRUARY 8, 2016 AT 1:00PM;  ORDER |

　　　THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from Monday, December 14, 2015 at 1:00 p.m. until Monday, February 8, 2016 at 1:00 p.m.

　　　This stipulation is based on good cause.  Specifically, defense counsel has not yet been able to meet with Ms. Ross to discuss the discovery material provided by the government due to multiple serious medical issues, including dangerously spiking blood pressure, which have afflicted her and resulted in her hospitalization numerous times since early this year.  Because the defendant was not able to obtain medical insurance until late May, adequate treatment for her

various health problems was unavailable to her before that time. Since the end of May, she has seen several specialist doctors to address those problems, but they are still ongoing.

Unfortunately for the defendant, in addition to her ongoing medical issues, during an Independence Day celebration on July 4, 2015, she was struck in the face by a fireworks rocket that misfired. As a result, she suffered serious injuries. Her cheekbone was crushed and her left eye badly damaged.

While her facial fractures have healed, her vision from that left eye remains severely impaired. On December 11, 2015, she has an appointment scheduled with an eye specialist who will determine whether she will need surgery to repair the eye. That surgery, if recommended, will take place early in 2016.

Furthermore, defense counsel now has a disposition conference set in Houston, Texas on December 11 in the 338th District Court in the matter of *State v. Rucker,* Harris County District Court case number 142221201010 and then must travel directly to Anchorage, Alaska to meet with his client and otherwise prepare for sentencing in the case of *U.S. v. Cooks,* District of Alaska case number 14-CR-42-SLG, scheduled for December 17, 2016.

For the above-stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

DATED:  December 8, 2015                           BEMJAMIN B. WAGNER
                                                   United States Attorney


                                                   By: /s/ Brian W. Enos
                                                   Brian W. Enos
                                                   Assistant U.S. Attorney


DATED:  December 8, 2015                           /s/ David M. Dudley
                                                   DAVID M. DUDLEY, Esq.
                                                   Attorney for Defendant
                                                   CRISTINA ROSS



IT IS SO ORDERED that the 1st Status Conference in this matter is continued from Monday, December 14, 2015 at 1:00 p.m. until Monday, February 8, 2016 at 1:00 p.m. before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. § 3161(h) (7)(A).


Dated:  **December 10, 2015**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE