DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA  90034
Tel.:  (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant CRISTINA ROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CRISTINA ROSS,<br><br>        Defendant. | Case No. 1:14-CR-215-AWI-BAM<br><br>WAIVER OF DEFENDANT'S PRESENCE<br>(Rule 43, Federal Rules of Criminal Procedure); ORDER |

      The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any future status conference in this cause.  The undersigned defendant requests the Court to proceed during this absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney either in person or over the telephone, the same as if the defendant herself was personally present

in court; and further agrees to be present in person in court ready for trial or any proceeding besides a status conference on any day and hour which the Court may fix in her absence.

DATED:   6/24/16              /s/ Cristina Ross
                              CRISTINA ROSS


DATED: June 26, 2016          /s/ David M. Dudley
                              DAVID M. DUDLEY, Esq.
                              Attorney for Defendant
                              CRISTINA ROSS

DAVID M. DUDLEY, ESQ. (SBN No. 118629)

3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA 90034
Tel.: (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant CRISTINA ROSS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>CRISTINA ROSS,<br><br>      Defendant. | Case No. 1:14-CR-215-AWI-BAM<br><br>~~PROPOSED~~ ORDER |

Pursuant to the defendant's filing of her waiver of presence, IT IS HEREBY ORDERED that the defendant is allowed to appear through her attorney of record, David M. Dudley, without appearing personally herself, at all future status conferences in this case.

IT IS SO ORDERED.

Dated: **June 28, 2016**       /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE