DAVID M. DUDLEY, ESQ. (SBN No. 118629)
3415 South Sepulveda Blvd., Suite 320
Los Angeles, CA  90034
Tel.: (310) 772-8400
Fax.: (310) 772-8404

Attorney for Defendant Cristina Ross

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRISTINA ROSS,<br><br>　　　　Defendant. | Case No.  1 :14-cr-00215-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE  SENTENCING FROM JANUARY 30, 2017 AT 10:00 A.M. TO APRIL 24, 2017 AT 10:00AM |

　　　THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that sentencing in this matter may be continued from Monday, January 30, 2017 at 10:00 a.m. until Monday, April 24, 2017 at 10:00 a.m.

　　　This stipulation is based on good cause.  Specifically, defense counsel needs additional time to obtain records and other documents pertaining to numerous potential mitigating circumstances at sentencing—records and other documents that the defense would like to share with the United States Probation Office prior to the defendant's Presentence Interview in this case.  The potential mitigating circumstances involve the defendant's (1) present medical condition, (2) present psychiatric condition, (3) mental state at the time of the offense, (4) loss of employment, (5) loss of residence, and (6) other personal factors.

　　　Furthermore, defense counsel recently was consumed with trial preparation in the attempted carjacking case of People v. Shepherd, Los Angeles County Superior Court case

1

number BA443426, and the preparation of a notice of appeal and memorandum of law for the Ohio Supreme Court in the felony drug trafficking matter of State v. Glenn, Hamilton County Court of Appeals case number C-150515.  After the holidays, counsel will be preparing for a trial in late January in the attempted murder case of People v. Cormack, Los Angeles County Superior Court case number BA419840.  He also has a sentencing on a supervised release violation, which is scheduled for January 26, 2017 and which will involve substantial preparation, in the matter of U.S. v. Buchanan, Central District of California case number 05-CR-1178-MWF.

Defense counsel has conferred with United States Probation Officer Ross Micheli and he has no objection to the proposed postponement of sentencing.

DATED:  December 23, 2016				BEMJAMIN B. WAGNER
							United States Attorney

							/s/ Brian W. Enos
							By: Brian W. Enos
							Brian W. Enos
							Assistant U.S. Attorney

DATED:  December 23, 2016				/s/ David M. Dudley
							DAVID M. DUDLEY, Esq.
							Attorney for Defendant
							CRISTINA ROSS

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 30, 2017, is continued until April 24, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **December 30, 2016**				_____
							UNITED STATES DISTRICT JUDGE