1  DAVID M. DUDLEY, ESQ. (SBN No. 118629)
2  3415 South Sepulveda Blvd., Suite 320
   Los Angeles, CA  90034
3  Tel.: (310) 772-8400
   Fax.: (310) 772-8404
4
5  Attorney for Defendant Cristina Ross
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00215-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING FROM APRIL 24, 2017 AT 10:00 A.M. TO JULY 31, 2017 AT 10:00AM |
| CRISTINA ROSS, | |
| Defendant. | |

17       THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their

18  respective attorneys of record, that sentencing in this matter may be continued from Monday,

19  April 24, 2017 at 10:00 a.m. to Monday, July 31, 2017 at 10:00 a.m.

20       This stipulation is based on good cause.  Specifically, defense counsel still needs

21  additional time to obtain records and other documents pertaining to numerous potential mitigating

22  circumstances at sentencing—records and other documents that the defense would like to share

23  with the United States Probation Office prior to the defendant's Presentence Interview in this

24  case.  The potential mitigating circumstances involve the defendant's (1) present medical

25  condition, (2) present psychiatric condition, (3) mental state at the time of the offense, (4) loss of

26  employment, (5) loss of residence, and (6) other personal factors.

27       Furthermore, defense counsel recently was consumed with preparation for, and

28  participation in, a preliminary hearing in the second-strike case of People v. Klotz, Monterey

County Superior Court case number CRSS 161301A and the preparation of a bail motion and appearance a detention hearing in the 15-year mandatory minimum matter of U.S. v. Soledad, Central District of California case number 17-MJ-81.  Counsel is presently preparing for motion hearings and trial in two federal cases both entitled U.S. v. Hunter, Western District of Pennsylvania case number 14-CR-213-MRH and Central District of California case number 14-CR-453-ODW.  He is also preparing for trial in the first-degree murder case of People v. Curry, Los Angeles County Superior Court case number TA141229.  Counsel is also getting ready for a contested sentencing on a supervised release violation in the matter of U.S. v. Buchanan, Central District of California case number 05-CR-1178-MWF, and other felony cases set on his calendar for late March and early April of this year

Defense counsel has conferred with United States Probation Officer Ross Micheli and he has no objection to the proposed postponement of sentencing.

DATED:  March 12, 2017                         BEMJAMIN B. WAGNER
                                               United States Attorney

                                               /s/ Brian W. Enos
                                               By: Brian W. Enos
                                               Brian W. Enos
                                               Assistant U.S. Attorney


DATED:  March 12, 2017                         /s/ David M. Dudley
                                               DAVID M. DUDLEY, Esq.
                                               Attorney for Defendant
                                               CRISTINA ROSS

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for April 24, 2017, is continued until July 31, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **March 16, 2017**                     _____
                                               UNITED STATES DISTRICT JUDGE