# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 11 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
vs.
Cristina Ross

Case No. 1:14CR00215-DAD-BAM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Cristina Ross_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Text

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5-11-17    _____ 4/25/17
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    4-25-17
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    April 24, 2017
Signature of Defense Counsel    Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  5-11-17 .
[ ] The above modification of conditions of release is *not* ordered.

_____    5/11/17
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services