UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTINA ROSS,<br><br>　　　　　　　Defendant. | Case No.  1:14-cr-00215-DAD-BAM<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING<br><br>(Doc. 42) |

　　　The court has reviewed and considered defendant's unopposed motion to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 31, 2017, is continued until September 25, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

　　Dated:　**July 19, 2017**　　　　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1