UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISTINA ROSS,<br><br>    Defendant. | Case No. 1:14-cr-00215-DAD-BAM<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING<br><br>(Doc. 44) |

The court has reviewed and considered defendant's unopposed motion to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 25, 2017, is continued until November 13, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 19, 2017**

                                          UNITED STATES DISTRICT JUDGE